1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   GIFT A.Z. DIVINE ALLAH,                    CASE NO. 1:09-cv-02019-OWW-DLB (PC)

10            Plaintiff,                       ORDER DISMISSING ACTION AS
                                               DUPLICATIVE AND ORDER DIRECTING
11       v.                                    CLERK OF COURT TO CLOSE CASE

12   P. L. VASQUEZ, et al.,                    (Doc. 1)

13            Defendants.

14   _____/

15

16       Plaintiff Gift A.Z. Divine Allah ("Plaintiff") is a state prisoner proceeding pro se in this

17   civil rights action.  Plaintiff filed this action on November 18, 2009.

18       The instant action was filed against Defendants Warden Vasquez, R. Escalante, S. J. Mail

19   room sergeant, CC I R. Page, and K. Cloud, all of Wasco State Prison.  Upon review of this case,

20   the Court has concluded that the action submitted involves defendants, issues, and factual

21   allegations that are identical to those previously raised in Case No. 1:09-cv-1888-AWI-YNP,

22   Allah v. Vasquez, et al.  (E.D. Cal.).

23       "After weighing the equities of the case, the district court may exercise its discretion to

24   dismiss a duplicative later-filed action, to stay that action pending resolution of the previously

25   filed action, to enjoin the parties from proceeding with it, or to consolidate both actions."  Adams

26   v. California Dept. of Health Services, 487 F.3d 684, 688 (9th Cir. 2007).  "Plaintiffs generally

27   have 'no right to maintain two separate actions involving the same subject matter at the same

28   time in the same court and against the same defendants.'"  Id. (quoting Walton v. Eaton Corp.,

1

1   563 F.2d 66, 70 (3d Cir. 1977) (en banc).  "[A] suit is duplicative if the claims, parties, and

2   available relief do not significantly differ between the two actions."  Id. at 689.

3        The present action, Case No. 1:09-cv-02019-OWW-DLB, is duplicative of Case No.

4   1:09-cv-1888-AWI-YNP.  Plaintiff brings the same cause of action, regarding the same issues

5   and factual allegations, in the same court.  The only major differences are that  Case No. 1:09-cv-

6   1888-AWI-YNP raises more claims than the ones raised in the instant action.  Warden Vasquez

7   and R. Escalante are specifically named in both actions.  Both actions included the same claims

8   of racial discrimination, interference with prison mail, and retaliation.

9        Accordingly, in light of the duplicative nature of the instant action to the Plaintiff's

10  previously filed action, the Court HEREBY ORDERS that the instant action is DISMISSED as

11  duplicative and that the Clerk of Court is DIRECTED to close this action.

12  IT IS SO ORDERED.

13  **Dated:    December 14, 2009**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2